UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:22-cr-290-TPB-JSS

18 U.S.C. § 922(g)(1)

EDDIE WINMAN THOMAS III

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about April 28, 2022, in the Middle District of Florida, the defendant,

EDDIE WINMAN THOMAS III

knowing that he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

Conspiracy to Obstruct Commerce by Robbery, on or about December 4, 2010; and

Hobbs Act Robbery, on or about December 4, 2010,

did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Taurus Protector Poly 38 SPL revolver, and five rounds of Hornady ammunition. In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

### FORFEITURE

1. The allegations contained in Counts One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant,

EDDIE WINMAN THOMAS III

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: the Taurus Protector Poly 38 SPL revolver and the ammunition discussed above.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Michael R. Kenneth
Assistant United States Attorney

By: _____
James Preston
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

FORM OBD-34  
August 22

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida  
Tampa Division

THE UNITED STATES OF AMERICA

vs.

EDDIE WINMAN THOMAS III

## INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A true bill,

_____  
Foreperson

Filed in open court this 17th day

of August 2022.

_____  
Clerk

Bail $_____

GPO 863 525